Moritz *v.* Florida East Coast Railway Company, a corporation organized and existing under the laws of the State of Florida, and Atlantic Coast Line Railroad Company, a corporation organized and existing under the laws of the State of Virginia, and Pennsylvania Railroad Company, a corporation organized and existing under the laws of the State of Pennsylvania, Garnishee, Appellant.

Argued November 16, 1927. Appeal No. 329, October T., 1927, by garnishee from order of M. C., Philadelphia County, March T., 1927, No. 1424, in the case of J. B. Moritz, Trading as J. B. Moritz & Company, v. Florida East Coast Railway Company, and Atlantic Coast Line Railroad Company, and Pennsylvania Railroad Company, Garnishee.

Opinion by Keller, J., March 2, 1928:

This appeal was argued with the case of Sabarof versus Florida East Coast Ry. Co. et al, [the same defendants and garnishee] No. 328 October Term 1927, decided this day. It raises the same questions passed on in that case and requires the same disposition.

The second assignment of error is sustained. The order of the court below discharging the rule to dissolve the attachment is reversed and the rule is reinstated and made absolute.